NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1406
(Interference No. 105,606)

ELIYAHOU HARARI
and SANJAY MEHROTRA,

Appellants,

v.

SHANE C. HOLLMER
and LEE E. CLEVELAND,

Appellees.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Micron Technology, Inc. (Micron) moves for leave to file a brief amicus curiae.

Micron also moves to withdraw its previous request for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   Micron's motion for leave to file a brief amicus curiae is granted.

(2)   Micron's motion to withdraw its request for an extension of time is granted.

The motion for an extension of time is withdrawn.

FOR THE COURT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 13 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

NOV 13 2009

JAN HORBALY
CLERK

cc: Thomas J. D'Amico, Esq.
Timothy R. Volpert, Esq.
Martin C. Fliesler, Esq.

s20